IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
FEB 18 2015
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-72-BLG-SPW |
| Plaintiff, | OPINION and ORDER |
| vs. | |
| RICHARD JUNIOUS HILL, JR., | |
| Defendant. | |

Before the Court is the Defendant Richard Hill's pro se Motion to Dismiss filed on December 31, 2014. This is the second such motion filed by Hill. In his motion, Hill argued that the government was violating the Speedy Trial Act and causing prejudicial delay by failing to bring him to appear on his Indictment.

On February 4, 2015, Hill was arraigned before United States Magistrate Judge Carolyn Ostby. The Court also appointed counsel for Hill. As Hill has appeared in federal court, his motion is moot. If Hill feels that any delay may compel the dismissal of his charges, he can renew the motion through counsel.

Accordingly, IT IS HEREBY ORDERED that Hill's Motion to Dismiss (Doc. 6) is DENIED, with leave to refile.

1

DATED this 18th day of February, 2015.

                                             *Susan P. Watters*
                                             SUSAN P. WATTERS
                                             United States District Judge