# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
MAR 27 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD JUNIOUS HILL, JR.,<br><br>Defendant. | Case No. CR 14-72-BLG-SPW<br><br>ORDER |

An Administrative Order was filed by Chief Judge Morris on March 16, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf Therefore,

IT IS HEREBY ORDERED that the hearing on Defendant's Opposed Motion for Early Termination of Supervised Release (Doc. 56) set for Thursday, April 2, 2020 at 1:30 p.m. is **VACATED.**

1

IT IS FURTHER ORDERED that the hearing is reset for **Wednesday, May 20, 2020 at 1:30 p.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 27th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE