IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD JUNIOUS HILL, JR.,<br><br>Defendant. | Case No. CR 14-72-BLG-SPW<br><br>**ORDER** |

On April 10, 2020 an Administrative Order amending and superseding the Administrative Order filed on March 27, 2020 was filed by Chief Judge Morris regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. On March 27, 2020 the President signed into law the CARES Act, H.R. 748. Subject to the Judicial Conference of the United States finding that "emergency conditions due to the national emergency declared by the President" will "materially affect the functioning of either the Federal courts generally or a particular district court of the United States," the Chief Judge hereby authorizes "the use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available," for the ten types of criminal procedures enumerated in

1

Section 15002(b)(1) of the CARES Act. *See also* The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf Therefore,

**IT IS HEREBY ORDERED** that the hearing on Defendant's Opposed Motion for Early Termination of Supervised Release (Doc. 56) set for Wednesday, May 20, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the hearing is reset for **Thursday, June 18, 2020 at 3:30 p.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this __11th__ day of May, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

2