IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD JUNIOUS HILL, JR.,<br><br>Defendant. | CR 14-72-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 56), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and for the reasons stated on the record,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Richard Junious Hill Jr.'s supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 18th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge